UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGOT AGUILAR,

    Plaintiff,

v.                              Case No.:  2:24-cv-660-SPC-NPM

LEE MEMORIAL HOSPITAL,
INC.,

    Defendant.
                                    /

## ORDER

    Before the Court is a review of the docket.  A judge must disqualify if her "impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  She must also disqualify in certain situations listed in § 455(b).  And all doubts are "resolved in favor of recusal."  *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).  Because the Court's immediate family member now actively uses a doctor associated with Lee Memorial Hospital, a named Defendant, disqualification may be required.  *See* 28 U.S.C. § 455(b).  To avoid even the appearance of partiality or impropriety, the Court finds she must recuse herself.  *See Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988).

    Accordingly, it is now

    **ORDERED:**

1. The Honorable Sheri Polster Chappell is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to reassign this case to another United States District Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on July 23, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record